# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00269-CR

**Guillermo Roberto Morrison, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF LAMPASAS COUNTY
### NO. 21,907, THE HONORABLE RANDALL J. HOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Guillermo Roberto Morrison, through his counsel, has filed a motion to dismiss this appeal. Both appellant and his attorney have signed the motion to dismiss. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: November 22, 2023

Do Not Publish